# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3047

_____

Paul M. Gordon

*Plaintiff - Appellant*

v.

Leca Ledbetter, Court Reporter

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: April 19, 2016
Filed: April 26, 2016
[Unpublished]

_____

Before LOKEN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Paul Gordon appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action, in which he claimed that court reporter Leca Ledbetter had altered transcripts of the hearings in several of Gordon's state court proceedings. Upon careful de novo review, see Jones v. Frost, 770 F.3d 1183, 1185 (8th Cir. 2014), cert. denied, 135 S. Ct. 2315 (2015), we conclude that summary judgment was proper because, as explained by the district court, the record contains no explanation as to how the alleged alterations affected the outcome of any of the proceedings at issue, see Tedford v. Hepting, 990 F.2d 745, 747 (3d Cir. 1993); Colyer v. Ryles, 827 F.2d 315, 316 (8th Cir. 1987) (per curiam). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.